| Case No. | CV 11-2943 CAS (FMOx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | ARVIND ASHFORD SINHA; ET AL. v. U.S. BANK NATIONAL ASSOCIATION; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Gary Och | |

**Proceedings:** **DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** (filed 04/27/11)

     On December 30, 2010, plaintiffs Arvind Ashford Sinha and Kimberlie Sinha filed suit in the Los Angeles County Superior Court against defendants U.S. Bank National Association ("U.S. Bank"), Quality Loan Service Corporation, and Does 1 through 50, inclusive. Plaintiffs' complaint advances ten claims for relief, styled as: (1) breach of written contract, (2) breach of implied covenant of good faith and fair dealing, (3) wrongful foreclosure, in violation of 11 U.S.C. § 362, (4) violation of Unfair Practices Act, Cal. Bus. & Prof. Code §§ 17000, 17200–17210, (5) intentional infliction of emotional distress, (6) order vacating and setting aside void trustee's sale, in violation of 11 U.S.C. § 362, (7) cancellation of void trustee's deed upon sale, (8) quiet title, (9) declaratory relief, and (10) injunctive relief. It appears that neither the summons nor the complaint have been served on defendants. On April 7, 2011, U.S. Bank removed the action to this Court on the basis of federal question jurisdiction. See 28 U.S.C. §§ 1331, 1441.

     On April 27, 2011, U.S. Bank filed a motion to dismiss plaintiffs' complaint. Plaintiffs failed to timely file and serve an opposition. Indeed, plaintiffs have not filed any opposition to U.S. Bank's motion. On May 23, 2011, U.S. Bank filed a reply to non-opposition, indicating that plaintiffs have not filed an opposition. The Court held a hearing on June 6, 2011, to which plaintiffs did not appear.

     The Court finds that no good reason has been provided for the failure to oppose U.S. Bank's motion. Pursuant to Local Rule 7-12, plaintiffs' failure to oppose this motion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2943 CAS (FMOx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | ARVIND ASHFORD SINHA; ET AL. v. U.S. BANK NATIONAL ASSOCIATION; ET AL. | | |

may be deemed by the Court as consent to the granting of this motion. Therefore, the Court GRANTS U.S. Bank's motion to dismiss without prejudice. Plaintiffs shall file an amended complaint within **thirty (30) days** after the filing of this order. Plaintiffs are admonished that, in the event that they do not amend the complaint within **thirty (30) days**, the Court will dismiss this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |