| Case No. | CV 11-2943 CAS (FMOx) | Date | July 8, 2011 |
|---|---|---|---|
| Title | ARVIND ASHFORD SINHA; ET AL. v. U.S. BANK NATIONAL ASSOCIATION; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER DISMISSING ACTION WITH PREJUDICE

On December 30, 2010, plaintiffs Arvind Ashford Sinha and Kimberlie Sinha filed suit in the Los Angeles County Superior Court against defendants U.S. Bank National Association ("U.S. Bank"), Quality Loan Service Corporation, and Does 1 through 50, inclusive. Plaintiffs' complaint advances ten claims for relief, styled as: (1) breach of written contract, (2) breach of implied covenant of good faith and fair dealing, (3) wrongful foreclosure, in violation of 11 U.S.C. § 362, (4) violation of Unfair Practices Act, Cal. Bus. & Prof. Code §§ 17000, 17200–17210, (5) intentional infliction of emotional distress, (6) order vacating and setting aside void trustee's sale, in violation of 11 U.S.C. § 362, (7) cancellation of void trustee's deed upon sale, (8) quiet title, (9) declaratory relief, and (10) injunctive relief. It appears that neither the summons nor the complaint have been served on defendants. On April 7, 2011, U.S. Bank removed the action to this Court on the basis of federal question jurisdiction. See 28 U.S.C. §§ 1331, 1441.

On April 27, 2011, U.S. Bank filed a motion to dismiss plaintiffs' complaint. Plaintiffs failed to file and serve an opposition. The Court held a hearing on June 6, 2011, to which plaintiffs did not appear. Accordingly, the Court granted defendant's motion to dismiss plaintiffs' complaint without prejudice, and directed plaintiffs to file an amended complaint within thirty (30) days after the filing of the June 6, 2011 Order. See Dkt. 14. The Court admonished plaintiffs that in the event they did not file an amended complaint within thirty (30) days, the Court would dismiss the action with prejudice. See id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS-6

| Case No. | CV 11-2943 CAS (FMOx) | Date | July 8, 2011 |
|---|---|---|---|
| Title | ARVIND ASHFORD SINHA; ET AL. v. U.S. BANK NATIONAL ASSOCIATION; ET AL. | | |

O

      Plaintiffs were required to file an amended complaint on or before July 6, 2011, and have not done so. Accordingly, the Court DISMISSES plaintiffs' action with prejudice.

      IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |